UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY FLENOID, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:11 CV 330 CDP |
| | ) |
| CHRIS KOSTER, et al., | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on petitioner's motion for reimbursement of court fees [86]. Petitioner seeks the return of payments made to the Court on the following dates and in the following amounts: $100.00 on 2/27/2014; $50.00 on 3/5/2014; and $100.00 on 3/17/2014. Petitioner claims he is "in dire need of these monies." The motion will be denied as the assessments were not made in conjunction with this § 2254 habeas case but rather are assessments made in his federal criminal case (4:03CR501 DJS) for payment of a fine in the amount of $1,963.36 ordered in his Judgment in a Criminal Case on April 9, 2004 [106] in 4:03CR501.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reimbursement of Court fees [86] is denied.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket a copy of this order in the criminal case, 4:03CR501DJS.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2015.